IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA L. HOWARD,   )<br>)<br>)<br>)<br>            Plaintiff,   )<br>)<br>       vs.   )<br>)<br>COMMISSIONER OF SOCIAL   )<br>SECURITY,   )<br>)<br>)<br>            Defendant.   )<br>_____) | 1:08cv01368 DLB<br><br>ORDER TO SHOW CAUSE |

    Plaintiff filed this action for judicial review of the denial of Social Security benefits on September 12, 2008. On September 15, 2008, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record, which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

1

1    On January 27, 2009, Defendant lodged the administrative record. Pursuant to the
2 Scheduling Order, Plaintiff was required to file her opening brief on or before May 4, 2009. To date,
3 Plaintiff has not filed her opening brief.
4    Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should
5 not be dismissed for failure to comply with the Court's orders. Plaintiff is ORDERED to file a
6 written response to this Order to Show Cause within twenty (20) days of the date of this Order. If
7 Plaintiff desires more time to file her brief or wishes to dismiss this action, she should so state in her
8 response.
9    Failure to respond to this Order to Show Cause will result in dismissal of this action.
10   IT IS SO ORDERED.
11   Dated:   **June 3, 2009**               /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

2