1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9

MELISSA L. HOWARD,                    )        1:08cv01368 DLB
10                                     )
                                       )
11                                     )        ORDER DISCHARGING
                                       )        ORDER TO SHOW CAUSE
12                                     )        (Document 16)
          vs.                          )
13                                     )
MICHAEL J. ASTRUE, Commissioner,       )
14                                     )
                                       )
15        Defendant.                   )
                                       )
16  _____)

17

        On September 12, 2008, Plaintiff filed the present action for judicial review of the
18
denial of Social Security benefits.
19
        On June 3, 2009, the Court issued an order to show cause why the action should not be
20
dismissed for Plaintiff's failure to file her opening brief.  Plaintiff filed a response to the
21
order to show cause on June 22, 2009, explaining that Plaintiff served her confidential letter
22
brief on Defendant, but Defendant did not respond.  Plaintiff further explained that when the
23
order to show cause was issued, Defendant contacted Plaintiff's counsel and indicated that
24
the letter brief was not received or was misplaced.  Plaintiff resent the letter brief and
25
indicated that the parties considered an extension of time.  However, due to the time that has
26
lapsed, Plaintiff requests dismissal of the order to show cause and leave to file her opening
27

28                                             1

1   brief.  Plaintiff's opening brief has been filed on the Court's docket.  (Doc. 18).

2          Accordingly, the order to show cause issued on June 3, 2009, is DISCHARGED.

3

4        IT IS SO ORDERED.

5          **Dated:**     **June 23, 2009**              /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2