Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Melissa L Howard

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA L HOWARD, | ) Case No.: 1:08-cv-01368 DLB |
| Plaintiff, | ) |
| vs. | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of rights, the amount of $3,900.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated: April 1, 2010                            /s/ Dennis L. Beck
                                                U.S. Magistrate Judge

-1-